FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 29 2015

CHRISTOPHER A. PRINE
CLERK

26 January 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District

Re: Gerald R. Gilbert v TDCJ, et al and U.T.M.B., et al.
    Court of Appeals No. 01-14-00795-CV

Dear Mr. Prine:

I received a response from an I-60 inquiry to the Ramsey Unit Mailroom Supervisor Dinah Gomez on 01-12-15. Wherein I asked when the following 3 legal mail letters were placed in U.S. postal service? Her reply was ① Mr. Christopher A. Prine, Court of Appeals - 01-07-15. This legal mail letter was my Brief for Appellant.

On the following monday I received your white card stating: "The appellants brief has been received and filed January 8, 2015 in the above referenced cause."

A one day processing of U.S. mail I've never seen. The average is 3 days. How did you get my brief on the next day? Was it faxed or emailed to you.?

Respectfully

U.S. Citizen.

LEGAL MAIL

Mr. Gerald Gilbert 234,206  4.1.68
Ramsey I unit
1100 FM 655
Rosharon, Tx 77583

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 29 2015
CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL

HOUSTON TX 773
27 JAN '15
PM 8 L

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin S.
Houston, Texas 77002-2066

7700206699



LEGAL MAIL